■ In the Matter of STACY B., an Infant. LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KATHY B., Appellant, et al., Respondent. [761 NYS2d 924] —Appeal from an order of Family Court, Livingston County (Cicoria, J.), entered January 14, 2002, which terminated the parental rights of respondents.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Livingston County, Cicoria, J. Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.

■ LAKE SIDE CONTRACTING Co., INC., Respondent, v CAMBRIDGE FLOORS, INC., Appellant. [761 NYS2d 924] —Appeal from a judgment of Supreme Court, Erie County (Makowski, J.), entered December 11, 2001, in favor of plaintiff and against defendant in the amount of $86,192.50.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Makowski, J. Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.

■ MARY J. MARKHAM, Formerly Known as MARY J. SCHMIDT, Appellant, v ROBERT A. SCHMIDT, Respondent. [761 NYS2d 925] —Appeal from an order of Supreme Court, Cattaraugus County (Nenno, J.), entered February 21, 2002, which denied plaintiff's motion to compel defendant to comply with an oral stipulation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Cattaraugus County, Nenno, J. Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.